Dated: August 28, 2023

From: Anthony Harry
89-54 218 Place
Queens Village, NY, 11427

( VIA: FIRST CLASS MAIL )

*rec. in dkt on 9/13/23 rg

TO: Honorable Lois Bloom
United States Magistrate Judge
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, NY, 11201

Re: Anthony Harry v. C.O. Rodriguez et. al;
22-CV-3995 (AMD) (LB)

Your Honor,

I am the plaintiff in the above captioned case, and I am respectfully writing this letter, respectfully requesting permission to file a second amended complaint, pursuant to Federal Rule Civil Procedure 15 (a), in the interest of justice.

I am proceeding pro se in this case, where I claimed that I was subjected to a retaliatory strip search.

I apologize for not filing the amended complaint by August 29, 2023.

I did receive counsel initial disclosures, however I did not receive responses to my first set of 16 interrogatories, including my first set of 5 document requests, that was sent via first class mail on July 26, 2023, in addition to counsel discovery requests.

I am not sure if counsel already mailed any discovery material, and, if so, to re send it.

In the amended complaint, I stated the full names of both defendants, corrected the date that I claimed the retaliatory strip search took place from November 16, 2019, to November 6, 2019, stated some additional statements, and stated more specifically the relief I am requesting, and the constitutional rights that I claimed was violated.

Counsel initial disclosures indicates that I was discharged for completing my sentence on November 6, 2019,

In the complaint, I stated that I was subjected to a retaliatory strip search on the last day of my sentence, on November 16, 2019.

I was sentenced to 4 months on a Misdemeanor, and I assumed my release date, without confirming,

because the New York City Department of Correction takes of one third of your sentence, once you didn't lose any good time for bad behavior while incarcerated.

Wherefore, I respectfully request Your Honor permission to file a second amended complaint.

Thank you for your consideration in this regard.

Respectfully Submitted,

Anthony Harry

( VIA: FIRST CLASS MAIL )
CC: Office of The Corporation Counsel
     Luca DiFronzo - Assistant Corporation Counsel
     100 Church Street
     New York, NY, 10007